UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FELIX ORIAKHI, | : |
| Petitioner, | : Civ. No. 16-8651 (KM) |
| v. | : |
| CHARLES GREEN, | : **MEMORANDUM AND ORDER** |
| Respondent. | : |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Presently pending before this Court is petitioner's request for a short extension of time in which to file a reply brief in support of his habeas petition. Good cause appearing, this Court will grant petitioner's request.

Accordingly, IT IS this 9th day of March, 2017,

ORDERED that petitioner's request for an extension of time to file a reply brief in support of his habeas petition (Dkt. No. 16) is granted; and it is further

ORDERED that petitioner may file his reply brief on or before March 13, 2017, and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mai.

_____
KEVIN MCNULTY
United States District Judge